No. 641.  JACKSON ET AL., PRACTICING AS JACKSON & HORAN, *v.* VANCE, TRUSTEE, ET AL.  C. A. 10th Cir.  Cer-

tiorari denied. *Arthur T. Hannett* for petitioners. *James R. Modrall* for respondents.